```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JIADING LI,

                Defendant.

22 Cr. 125-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court shall hold a status conference in this matter on **October 27, 2025**, at **1:00 p.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007. Time until October 27, 2025 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7).

    SO ORDERED.

Dated: October 1, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge