

U.S. Department

United States
Southern Dis

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/2025
```

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

October 21, 2025

**BY ECF**
Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *United States* v. *Jiading Li*, No. S1 22 Cr. 125 (AT)

Dear Judge Torres:

The parties respectfully request to adjourn the conference currently scheduled for October 27, 2025, at 1 p.m., to December 8, 2025, after 2:30 p.m., at which time the parties understand the Court is available. The parties currently have no issues to raise at the conference on October 27.

The parties propose the following schedule for pretrial briefing: defense motions due December 1, 2025; the Government's response due December 19, 2025; and the defendant's reply due January 2, 2026.

The Government respectfully requests to exclude time under the Speedy Trial Act until December 8, 2025, in order to permit the parties to use the additional time to discuss a potential pre-trial disposition and to provide the defendant with additional time to prepare any motions. The defendant consents to this request through his counsel.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____

---

GRANTED. The status conference scheduled for October 27, 2025 is ADJOURNED to **December 8, 2025, at 2:30 p.m.** Defense motions shall be filed by **December 1, 2025**. The Government shall file opposition papers by **December 19, 2025**. Defendant's reply shall be filed by **January 2, 2026**. Time until December 8, 2025 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7).

SO ORDERED.

Dated: October 22, 2025
        New York, New York

ANALISA TORRES
United States District Judge