USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/25/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JIADING LI,

                Defendant.

22 Cr. 125-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The status conference scheduled in this matter on December 8, 2025, at 2:30 p.m. is ADJOURNED to **December 15, 2025**, at **3:00 p.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.  The conference shall include a change-of-plea hearing.  Time until December 15, 2025, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7).

    The deadline for Defendant to file his motions is ADJOURNED sine die.  The Clerk of Court is respectfully directed to terminate the motion at ECF No. 171.

    SO ORDERED.

Dated: November 25, 2025
       New York, New York

ANALISA TORRES
United States District Judge