UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JIADING LI,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/2026

22 Cr. 125-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Defendant's letter motion seeking to adjourn sentencing, which states that the Government does not oppose the request. *See* ECF No. 178. The request is GRANTED. Sentencing currently scheduled for June 15, 2026, is ADJOURNED to **July 20, 2026**, at **2:00 p.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007. By **June 29, 2026**, Defendant shall file his sentencing submission. By **July 6, 2026**, the Government shall file its sentencing submission.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 178.

SO ORDERED.

Dated: May 29, 2026
      New York, New York

ANALISA TORRES
United States District Judge