UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JIADING LI,

                              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/2026

22 Cr. 125-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The sentencing currently scheduled for July 20, 2026, is ADJOURNED to **August 10, 2026**, at **11:00 a.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.  The Government shall file its sentencing submission by **July 6, 2026**. *See* ECF No. 179.

SO ORDERED.

Dated: July 2, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge