USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 8/25/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

JIADING LI,

Defendant.

22 Cr. 125-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Sentencing is scheduled for **September 28, 2026**, at **11:00 a.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: August 25, 2026
New York, New York

ANALISA TORRES
United States District Judge